**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2073

HENRY GILCHRIST; LINDA GILCHRIST,

Plaintiffs - Appellants,

versus

MARSHALL CLEMENT SANFORD, JR., Governor of
South Carolina; LEGISLATORS, SC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (7:06-cv-01152-GRA)

Submitted: February 22, 2007          Decided:  February 27, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Gilchrist, Linda Gilchrist, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Gilchrist and Linda Gilchrist appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gilchrist v. Sanford</u>, No. 7:06-cv-01152-GRA (D.S.C. Sept. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>